-O-

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINELA IMBRE,<br><br>                              Plaintiff,<br><br>                    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>                              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. CV 07-1182-OP

JUDGMENT

    Pursuant to the Memorandum Opinion; Order of the United States
Magistrate Judge,

    IT IS ADJUDGED that Judgment be entered affirming the decision of the
Commissioner, and dismissing this action with prejudice.

DATED:     May 23, 2008

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge

1