# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINELA IMBRE,<br><br>             Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>             Defendant. | Case No. CV 07-1182-OP<br><br>AMENDED<br>JUDGMENT |

Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered affirming the decision of the Commissioner, and dismissing this action with prejudice.

DATED:   May 23, 2008

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge

1